Gilbert E. MILLETTE, Appellant

v.

STATE of Missouri, Respondent.

WD 77554

Missouri Court of Appeals,
Western District.

ORDER FILED: June 9, 2015

Laura Grether Martin, Kansas City, MO, Counsel for Appellant

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent

Before Division One: James Edward Welsh, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Mr. Gilbert E. Millette appeals the denial of his Rule 24.035 post-conviction relief motion. He claims that plea counsel was ineffective during the sentencing hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).